**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **DANIEL LEE WILLIAMS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 04-4021-JLF |
| **AMTRAK NATIONAL RAILROAD** ) | |
| **PASSENGER CORPORATION, et al.,** ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**FOREMAN, District Judge:**

Title 28 U.S.C. § 636(c) states that:

> (1) Upon consent of the parties, a full-time United States magistrate judge . . . May conduct any or all proceedings in a jury or nonjury civil matter and order the entry of judgment in the case, when specially designated to exercise such jurisdiction by the district court . . .

*28 U.S.C. § 636(c)(1).*

The United States Supreme Court has held that a party's consent to proceed before a magistrate judge under § 636(c) need not be express, (i.e., the requisite consent can be inferred from the party's conduct). *Roell v. Withrow*, 538 U.S. 580, 590 (2003) (consent under § 636(c) may be implied when the parties are "made aware of the need for consent and the right to refuse it, and still voluntarily appear to try the case before the Magistrate Judge").

Pursuant to 28 U.S.C. § 636(c), this matter is referred to United States Magistrate Judge Donald G. Wilkerson for all further proceedings. Failure to object to this referral on or before December 12, 2005, will be construed as implied consent to proceed before Magistrate Judge Wilkerson for all further proceedings.

**IT IS SO ORDERED.**            *s/ James L. Foreman*
**DATED: November 28, 2005.**    **DISTRICT JUDGE**