AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN       DISTRICT OF       ILLINOIS

DANIEL LEE WILLIAMS

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:    4:04-CV-4021-DGW

AMTRAK NATIONAL RAILROAD
PASSENGER CORPORATION, et al.

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
defendant, Illinois Central Railroad Company d/b/a CN/IC, dismissed pursuant to an Order of the Honorable Donald G. Wilkerson dated November 29, 2006.

IT IS FURTHER ORDERED AND ADJUDGED pursuant to jury verdict of December 13, 2006, in favor of plaintiff Daniel Lee Williams and against defendant Amtrak National Railroad in the amount of $28,000. Jury assessed damages in the amount of $56,000 reduced by 50% of negligence attributable solely to plaintiff Daniel Lee Williams.

12/13/06
Date

NORBERT G. JAWORSKI
Clerk

*Robin M. Butler*
(By) Deputy Clerk

APPROVED:
s/ Donald G. Wilkerson
DONALD G. WILKERSON
U.S. MAGISTRATE JUDGE